UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOUIS TYRONE ROBINSON ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:16-2296 |
| ] | Judge Trauger |
| TENNESSEE DEPARTMENT OF ] | |
| CORRECTION, et al. ] | |
|     Defendants. ] | |

**M E M O R A N D U M**

The plaintiff, proceeding *pro se,* is an inmate at the Trousdale Turner Correctional Center in Hartsville, Tennessee. He brings this action pursuant to 42 U.S.C. § 1983 against the Tennessee Department of Correction and the Jackson-Madison County General Hospital, seeking unspecified relief.

In the section of the complaint captioned Cause of Action, the plaintiff has written "Stated within complaint". In his Statement of Facts, it reads simply "Quoted within civil rights complaint that's attached hereto." Docket Entry No. 1 at pg. 5. Unfortunately, there is no civil rights complaint attached thereto. Instead, the plaintiff has submitted 133 additional pages which include various news articles, copies of grievances and grievance responses, disciplinary reports and medical information.

*Pro se* pleadings are subject to liberal construction. Haines v. Kerner, 404 U.S. 519 (1972). Nevertheless, liberal construction does not require the Court to create a claim that the plaintiff has

1

not spelled out in his complaint. Wells v. Brown, 891 F.2d 591, 594 (6th Cir. 1989). A plaintiff is required to plead more than bare legal conclusions. Lillard v. Shelby County Board of Education, 76 F.3d 716, 726 (6th Cir. 1996). Thus, a *pro se* litigant must meet the basic pleading requirements for a complaint in order to state a cognizable claim for relief. Wells, *supra*. Plaintiff must identify the right or privilege that was violated and the role that each defendant played in the alleged violation. Dunn v. Tennessee, 697 F.2d 121, 128 (6th Cir. 1982).

In this case, the plaintiff has neglected to identify the right or privilege that was violated and the role that each defendant played in the alleged violation. The defendants are never mentioned in plaintiff's Cause of Action or Statement of Facts and there is no indication as to which conditions of his confinement he may be challenging by this lawsuit. Consequently, the plaintiff has failed to state a claim upon which relief can be granted. Under such circumstances, the Court is obliged to *sua sponte* dismiss the instant action. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Aleta A. Trauger
United States District Judge